| | AUSA: | Benjamin Coats | Telephone: | (313) 226-9734 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Megan So, SSA-OIG | Telephone: | (888) 397-9802 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Jessie Walker, III

Case: 2:21-mj-30291
Assigned To : Unassigned
Assign. Date : 6/10/2021
Description: CMP: USA v WALKER (MAW)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 9, 2021  in the county of  Wayne  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 | **Impede, intimidate, and interfere with government employees while engaged in the performance of their official duties.** |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Megan So, SSA-OIG
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 10, 2021

*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Megan So, being first duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I am a Special Agent with the Social Security Administration, Office of Inspector General, Office of Investigations (SSA/OIG/OI) and have been so employed since February 2020. I hold a bachelor's degree in Business Administration from the University of Michigan – Dearborn and successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Before becoming a Special Agent, I spent eleven years processing benefit applications and resolving benefit-related matters for the SSA, first as a Claims Representative, and then as an Operations Supervisor. In connection with my official duties as a special agent, I am assigned investigations concerning violations of federal law, including threats against the Social Security Administration and its offices and employees. I am authorized to execute warrants and make arrests.

2. I base this affidavit on my personal investigation and information provided by other sources, including other law enforcement officers.

3. The information set forth in this Affidavit is for the limited purpose of establishing probable cause and does not include all of the information known to law enforcement related to this investigation.

4. There is probable cause to believe that on or about June 9, 2021, Jessie WALKER III committed the offense of influencing a federal official by threat, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## II. SUMMARY OF THE INVESTIGATION

5. On June 9, 2021, a letter was received at the Roseville SSA office located at 15250 E. 12. Mile Rd., Roseville, MI, in the Eastern District of Michigan. The handwritten letter stated:

6. "My name is Jessie Walker III, I accouseing [sic] the SS Administration, of stealing my Identity. My life is in danger. I am getting phone calls from people telling me they found my wallet in Georgia on a dead body and sent me the picture By phone I have Reported this to the Social Security Administration. Nothing was Don[e]. So every Day I sit parked in front of the Nearest SS Offic[e] hoping some one show of [sic] so I can grab them, put them in my trunk of my car an[d] Blow there [sic] Head of[f]. SS is putting my life in

Danger so I am going to kill as many SS people that I can especially Judges. I hate you People an[d] the moment I lay eyes on an SS Rep I am going to kill them. FUCK OFF. I want to[] kill all you motherfucker."

"I am going to kill one of you motherfucker soon." [Written along the top of the letter]

The aforementioned letter was attached to a several Social Security Administration appeal forms. The forms were signed by WALKER and dated June 3, 2021. Additional remarks within the forms include the following: "Because I Hate White People. They Keep Causing Trouble So I got A Gun and I am going to shoot."; "I am Going to[] shoot People"; "I Hate White People"; "Going to[] shoot some white people." "All ways [sic] mad!"

7.  In February 2021, WALKER applied for Title II Social Security Disability benefits and for Title XVI Supplemental Security Income benefits. The claims were denied on April 16, 2021. WALKER had a scheduled telephone appointment on May 24, 2021, with the Roseville SSA Office and, subsequently, was mailed the forms to appeal the disability determination.

8. On June 9, 2021, the completed appeals forms were received by the Roseville SSA office, along with the handwritten threat mentioned above. I reviewed samples of WALKER's handwriting from prior forms that he submitted to Social Security in connection with previous disability claims in 2019 and 2020. I am not trained in handwriting analysis. However, the handwriting on the threatening letter received on June 9 appears strikingly similar to documents that WALKER previously provided to SSA, including the print-written words and his signature.

9. The Roseville SSA Office management team informed agents that their office would be closed on June 10, 2021, and potentially longer, due to the threat of harm by WALKER.

10. On the evening of June 9, 2021, I and other agents arrested WALKER while he was working on his car. WALKER was read his Miranda rights and interviewed. WALKER advised that he had filed appeal paperwork with Social Security, and that he wrote on that paperwork that he was scared and someone was trying to kill him and he had to protect himself. He advised that as far as he remembered, he completed the paperwork, and his daughter signed as a witness,

4

although he is "going in and out." He advised that he is taking medications for mental health such as Prozac. He advised that he knows what he is saying sometimes, but sometimes he doesn't know what he is saying. When asked if he had a gun, he advised he does not have a gun and does not play with guns. When asked why he wrote that he had a gun he advised that he wouldn't have said he had a gun, he probably told them he was going to get a gun and try to protect himself. WALKER was advised that in his letter he said he would take someone from Social Security and put them in his trunk, and he denied saying it, but then said, "If I did, it's probably just to get their attention, man, to get me out these streets so they can finally see, man, that I'm scared for my life." WALKER advised that Social Security is taking his identity, and he spells his name jessie walker with a lowercase j, not with a capital J: one of them is a corporation and one of them is a regular person. WALKER advised that he is not violent.

    11.    WALKER's criminal history includes convictions for assault and battery and assault/resist/obstruct of a police officer.

### III. CONCLUSION

12. Probable cause exists that on or about June 9, 2021, Jessie WALKER III threatened to assault, kidnap, and murder employees of the Roseville SSA office, with intent to impede, intimidate, and interfere with those employees while they were engaged in the performance of their official duties, and to retaliate against them on account of the performance of their official duties, in violation of Title 18, United States Code, Section 115.

Respectfully submitted,

*Megan So*
Megan So
Special Agent, SSA/OIG

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Hon. Elizabeth A. Stafford
United States Magistrate Judge